**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**August 11, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

BROCK WISNE, et al.,

Plaintiffs - Appellees,

v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,

Defendant - Appellant.

No. 26-1309
(D.C. No. 1:26-CV-03063-CNS-KAS)
(D. Colo.)

---

**ORDER**

---

Before **ROSSMAN** and **KELLY**, Circuit Judges.

---

The National Collegiate Athletic Association (NCAA) appealed the district court's grant of a preliminary injunction, and it also filed an Emergency Motion for Temporary Stay and Stay Pending Appeal with this court. The NCAA had previously asked the district court for an emergency stay of the preliminary injunction pending appeal; that motion was denied on August 10.

The court requires a response to the stay motion. Appellees must respond to the emergency stay motion by 3:00 p.m. (MDT) on Friday, August 14, 2026. Any optional reply must be filed by 10:00 a.m. (MDT) on Monday, August 17, 2026.

Entered for the Court

Per Curiam