**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**August 21, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

BROCK WISNE, et al.,

Plaintiffs - Appellees,

v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,

Defendant - Appellant.

No. 26-1309
(D.C. No. 1:26-CV-03063-CNS-KAS)
(D. Colo.)

---

**ORDER**

---

Before **TYMKOVICH**, **KELLY**, and **ROSSMAN**, Circuit Judges.

---

Appellant has filed a motion to stay the district court's preliminary injunction pending appeal. Appellees have responded and appellant has replied.

In deciding whether to grant a stay pending appeal, we consider the traditional factors: "(1) whether the stay applicant has made a strong showing that he is likely to succeed on the merits; (2) whether the applicant will be irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies." *Nken v. Holder*, 556 U.S. 418, 434 (2009) (internal quotation marks omitted). We conclude that appellant has satisfied its burden as to each of these factors. We therefore grant the motion and stay the district

court's July 31, 2026 injunction pending the disposition of this appeal on the merits, or until further order of this court.

Judge Rossman would deny the stay.

Entered for the Court

Per Curiam